90 A.3d 697

In re Condemnation by the REDEVELOPMENT AUTHORITY OF LAWRENCE COUNTY, Pennsylvania, In Fee Simple, Absolute Title, of Land of David C. Hamilton, Situate in Neshannock Township, Lawrence County, Pennsylvania, Being Parcel I.D. # 25–168200, for The Millennium Park Redevelopment Project.

Appeal of Redevelopment Authority of Lawrence County.

In re Condemnation by the Redevelopment Authority of Lawrence County, Pennsylvania, in Fee Simple, Absolute Title, of Land of Thomas R. and Christie Whittaker, Situate in Neshannock Township, Lawrence County, Pennsylvania, Being Parcel I.D. # 25–168201 And 25–438301, for the Millennium Park Redevelopment Project.

Appeal of Redevelopment Authority of Lawrence County.

In re Condemnation by the Redevelopment Authority of Lawrence County, Pennsylvania, in Fee Simple, Absolute Title, of Land of David C. Hamilton, Situate in Neshannock Township, Lawrence County, Pennsylvania, Being Parcel I.D. # 25–168200, for the Millennium Park Redevelopment Project.

Appeal of Redevelopment Authority of Lawrence County.

In re Condemnation by the Redevelopment Authority of Lawrence County, Pennsylvania, in Fee Simple, Absolute Title, of Land of Thomas R. and Christie L. Whittaker, Situate in Neshannock Township, Lawrence County, Pennsylvania, Being Parcel I.D. # 25–168201 and 25–438301, for the Millennium Park Redevelopment Project.

Appeal of Redevelopment Authority of Lawrence County.

Supreme Court of Pennsylvania.

Argued April 9, 2014.

Decided April 22, 2014.

Samuel P. Kamin, Esq., David Alan Wolf, Esq., Goldberg, Kamin & Garvin, for Redevelopment Authority of Lawrence County.

Michael K. Parrish, Esq., for Estate of David C. Hamilton, et al.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, STEVENS, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of April, 2014, the orders of the Commonwealth Court are hereby **AFFIRMED.**

90 A.3d 698

**In re the Nomination Petition of Matthew P. BARCZAK as Candidate for State Representative in the 73rd Legislative District.**

**Appeal of Matthew P. Barczak.**

Supreme Court of Pennsylvania.

April 22, 2014.

Kathleen Marie Kotula, Esq., PA Department of State, for Department of State.

Adam Craig Bonin, Esq., Philadelphia, for Matthew P. Barczak.